1  DANIEL J. BRODERICK Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   LORENZO MARTINEZ-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-042 LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| LORENZO MARTINEZ-PEREZ | Date: March 27, 2012 |
| Defendant. | Time: 9:15 a.m. |
| | Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele Beckwith, counsel for plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant LORENZO MARTINEZ-PEREZ, that the above matter be dropped from this court's calendar for March 27, 2012, at the request of the defense and be continued until April 10, 2012, for status conference. This continuance is requested in order to permit receipt and consideration of a pre-plea presentence report from the Probation Office and a just-received proposed plea agreement from the government.

**IT IS FURTHER STIPULATED** that the time from March 27, 2012, through April 10, 2012, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy

Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and  Local Code T-4

**IT IS SO STIPULATED.**

Date: March 21, 2012            Benjamin B. Wagner
                                United States Attorney

                                /S/ Michele Beckwith
                                By:  MICHELE BECKWITH
                                Assistant United States Attorney
                                Counsel for Plaintiff

Date: March 21, 2012            /S/ Jeffrey L. Staniels
                                JEFFREY L. STANIELS
                                Assistant Federal Defender
                                Attorney for Defendant
                                LORENZO MARTINEZ-PEREZ

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for March 27, 2012, and is ordered to be re-calendared for April 10, 2012, at 9:15 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from March 27, 2012, through April 10, 2012, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

                                By the Court,

Date: March 22, 2012

                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

Stip & Order Continuing Case
and Excluding Time                    2