```
DANIEL J. BRODERICK Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LORENZO MARTINEZ-PEREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>LORENZO MARTINEZ-PEREZ<br><br>          Defendant.<br>_____ | No. 2:12-cr-042 LKK<br><br>**CORRECTED**<br>STIPULATION AND ORDER<br>CONTINUING CASE AND EXCLUDING<br>TIME<br><br>Date:  April 10, 2012<br>Time:  9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele Beckwith, counsel for plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant LORENZO MARTINEZ-PEREZ, that the above matter be dropped from this court's calendar for April 10, 2012, at the request of the defense and be continued until May 1, 2012, for status conference. This continuance is requested in order to permit receipt and consideration of a pre-plea presentence report from the Probation Office and a proposed plea agreement from the government, and to complete defense counsel's evaluation of the government's offer.

1  **IT IS FURTHER STIPULATED** that the time from April 10, 2012,
2  through May 1, 2012, be excluded from computation of time within
3  which the trial of this matter must be commenced under the Speedy
4  Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. §
5  3161(h)(7)(A) & (B)(iv) and  Local Code T-4.
6       The court is requested to find that granting the continuance
7  serves the interests of justice and outweighs the interests of
8  the public and the defendant in a speedy trial.
9       **IT IS SO STIPULATED.**

Date: April 6, 2012                Benjamin B. Wagner
                                   United States Attorney

                                   /S/ Michele Beckwith
                                   By:  MICHELE BECKWITH
                                   Assistant United States Attorney
                                   Counsel for Plaintiff

Date: April 6, 2012                /S/ Jeffrey L. Staniels
                                   JEFFREY L. STANIELS
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   LORENZO MARTINEZ-PEREZ


**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for April 10, 2012, and is ordered to be re-calendared for May 1, 2012, at 9:15 a.m.  Time is excluded from computation of time within which the trial of this matter must be commenced from April 10, 2012, through May 1, 2012, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.  The Court finds that granting the

1  continuance serves the interests of justice and outweighs the
2  interests of the public and the defendant in a speedy trial.
3
4  **IT IS SO ORDERED.**
5                                    By the Court,
6
7  Date: April 6, 2012
                                     _____
8                                    LAWRENCE K. KARLTON
                                     SENIOR JUDGE
9                                    UNITED STATES DISTRICT COURT

Stip & Order Continuing Case
and Excluding Time                3