1  DANIEL J. BRODERICK Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   LORENZO MARTINEZ-PEREZ
6

7                  IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,       )  No. 2:12-cr-042 LKK
                                   )
11              Plaintiff,         )  STIPULATION AND ORDER CONTINUING
                                   )  CASE AND EXCLUDING TIME
12      v.                         )
                                   )  Date:  May 1, 2012
13 LORENZO MARTINEZ-PEREZ          )  Time:  9:15 a.m.
                                   )  Judge: Hon. Lawrence K. Karlton
14              Defendant.         )
                                   )
15 _____    )

16

17          **IT IS HEREBY STIPULATED** by and between Assistant United

18 States Attorney Michele Beckwith, counsel for plaintiff, and Assistant

19 Federal Defender Jeffrey L. Staniels, counsel for defendant LORENZO

20 MARTINEZ-PEREZ, that the above matter be dropped from this court's

21 calendar for May 1, 2012, at the request of the defense and be

22 continued until May 22, 2012, for status conference. This continuance

23 is requested in order to permit receipt and consideration of a pre-plea

24 presentence report from the Probation Office (which is expected to be

25 received on April 30, 2012) in connection with an already received plea

26 agreement from the government.

27          **IT IS FURTHER STIPULATED** that the time from May 1, 2012, through

28 May 22, 2012, be excluded from computation of time within which the

1  trial of this matter must be commenced under the Speedy Trial Act, 18

2  U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) &

3  (B)(iv) and  Local Code T-4.

4       The court is requested to find that granting the continuance

5  serves the interests of justice and outweighs the interests of the

6  public and the defendant in a speedy trial.

7             **IT IS SO STIPULATED.**

8
   Date: April 30, 2012                    Benjamin B. Wagner
9                                           United States Attorney

10
                                            /S/ Michele Beckwith
11                                          By:  MICHELE BECKWITH
                                            Assistant United States Attorney
12                                          Counsel for Plaintiff

13
   Date: April 30, 2012                    /S/ Jeffrey L. Staniels
14                                          JEFFREY L. STANIELS
                                            Assistant Federal Defender
15                                          Attorney for Defendant
                                            LORENZO MARTINEZ-PEREZ
16

17

18

19                         **O R D E R**

20

21       Based on the above stipulation of the parties, this matter is

22  ordered to be dropped from the calendar for May 1, 2012, and is ordered

23  to be re-calendared for May 22, 2012, at 9:15 a.m.  Time is excluded

24  from computation of time within which the trial of this matter must be

25  commenced from May 1, 2012, through May 22, 2012, pursuant to 18 U.S.C.

26  § 3161(h)(8)(A) & (B)(iv) and Local Code T4.  The Court finds that

27  granting the continuance serves the interests of justice and outweighs

28  the interests of the public and the defendant in a speedy trial.

Stip & Order Continuing Case
and Excluding Time                 2

1        **IT IS SO ORDERED.**

2                                          By the Court,

3

4

5   Date: April 30, 2012

                                          _____
6                                          LAWRENCE K. KARLTON
                                           SENIOR JUDGE
7                                          UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip & Order Continuing Case
and Excluding Time                3