1  DANIEL J. BRODERICK Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5
   Attorney for Defendant
6  LORENZO MARTINEZ-PEREZ

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
    UNITED STATES OF AMERICA,       ) No. 2:12-cr-042 LKK
12                                  )
              Plaintiff,            ) STIPULATION AND ORDER **ADVANCING**
13                                  ) **CASE** AND CALENDARING FOR CHANGE
        v.                          ) OF PLEA AND SENTENCING
14                                  )
    LORENZO MARTINEZ-PEREZ          ) Date:  May 22, 2012
15                                  ) Time:  9:15 a.m.
              Defendant.            ) Judge: Hon. Lawrence K. Karlton
16                                  )
                                    )
17  _____    )

18

19          **IT IS HEREBY STIPULATED** by and between Assistant United

20  States Attorney Michele Beckwith, counsel for plaintiff, and Assistant

21  Federal Defender Jeffrey L. Staniels, counsel for defendant LORENZO

22  MARTINEZ-PEREZ, that the above matter be dropped from this court's

23  calendar for May 22, 2012, and, at the request of the defense, be

24  **advanced** to May 8, 2012, for change of plea and sentencing.

25      **IT IS FURTHER STIPULATED** that time for trial under the Speedy

26  Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* has previously been excluded

27  until May 22, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and

28  Local Code T-4.  Therefore, no action is required in connection with

this request.

**IT IS SO STIPULATED.**

Date: May 3, 2012                    Benjamin B. Wagner
                                     United States Attorney

                                     /S/ Michele Beckwith
                                     By:  MICHELE BECKWITH
                                     Assistant United States Attorney
                                     Counsel for Plaintiff

Date: May 3, 2012                    /S/ Jeffrey L. Staniels
                                     JEFFREY L. STANIELS
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     LORENZO MARTINEZ-PEREZ

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for May 22, 2012, and is ordered to be **advanced and** re-calendared for May 8, 2012, at 9:15 a.m.

**IT IS SO ORDERED.**

By the Court,

Date: 5/4/2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip & Order Continuing Case
and Excluding Time                   2